UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DUDLEY MORRISON** | **CIVIL ACTION NO. 3:11-cv-0137** |
| **LA. DOC #228524** | |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **SHERIFF ANDY BROWN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint and Amended Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**MONROE, LOUISIANA**, this 3rd day of June, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE